LaShaun McClaney, Appellant, v City of Buffalo et al., Respondents. [3 NYS3d 699]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), dated October 8, 2013. The order granted the motion of defendants for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Carni, Sconiers and Whalen, JJ.